## STATE v. AUGUST RUTHER.[1]

August 2, 1918.

No. 21,003.

**Indictment and information.**

Motion to quash indictment because defendant's wife gave testimony against him before the grand jury, denied. State v. Marshall, 140 Minn. 363, 168 N. W. 174, followed. [Reporter.]

Defendant was indicted by the grand jury of Rice county for the crime of murder in the first degree. Defendant's motion to quash the indictment on the ground that his wife Josephine appeared before the grand jury and gave testimony in the cause without his consent contrary to subdivision 1 of section 2375, G. S. 1913, was denied. The case was tried before Childress, J., and a jury which returned a verdict of guilty as charged in the indictment. Before sentence defendant's motion that the case be certified to the supreme court was granted and the case was certified. Remanded.

*Clifford L. Hilton*, Attorney General, *J. E. Palmer*, Assistant Attorney General, and *James P. McMahon*, County Attorney, for the State.
*Robert Mee*, for defendant.

PER CURIAM.

The question certified in this cause, namely, whether the trial court erred in denying defendant's motion to quash the indictment therein on the ground that his wife was required by the state to give evidence against him before the grand jury, was decided adversely to defendant's contention in

[1]Reported in 168 N. W. 587.

the recent case of State v. Marshall, 140 Minn. 363, 168 N. W. 174, wherein the fact complained of was held not fatal to the indictment. That decision controls this case. The question certified herein is therefore answered in the negative and the cause remanded to the court below for such further proceedings as may properly come before it.